IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LATONIA WILLIAMS, DEQURVIA WILLIAMS and DERRICK BARNES, individually and on behalf of all others similarly situated, | ) ) ) ) ) | No. 1:20-cv-00025 *Consolidated with: No. 1:20-cv-02232* |
| Plaintiff, | ) ) | Judge Thomas M. Durkin |
| v. | ) ) | |
| PERSONALIZATIONMALL.COM, LLC, | ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF THE PARTIES' CLASS ACTION SETTLEMENT**

Plaintiffs LaTonia Williams, Dequrvia Williams and Derrick Barnes ("Plaintiffs"), on behalf of themselves and the settlement class they seek to represent, move this Honorable Court for preliminary approval of the Parties' proposed class action settlement. In support thereof, Plaintiffs state:

1. This case involves class action claims brought under the Illinois Biometric Information Privacy Act.

2. Following a full day mediation with the Honorable Stuart E. Palmer (Ret.), the parties reached a non-reversionary $4,500,000.00 class-wide settlement involving approximately 20,393 individuals.

3. As set forth in Plaintiffs' Memorandum of Law in support of this Motion, the proposed settlement is fair, reasonable and adequate and meets the Rule 23 standards for class action settlements.

WHEREFORE, and as more fully stated in their accompanying Memorandum of Law, Plaintiffs respectfully request that this Honorable Court grant their Motion for preliminary approval of the parties' settlement and authorize notice to the proposed settlement class.

Dated: March 15, 2022

Respectfully Submitted,

/s/ Thomas M. Ryan
One of Plaintiffs' Attorneys

Thomas M. Ryan
Law Office of Thomas M. Ryan, P.C.
35 E. Wacker Drive, Suite 650
Chicago, IL 60601
312.726.3400
tom@tomryanlaw.com

Alejandro Caffarelli
Katherine Stryker
Caffarelli & Associates Ltd.
224 N. Michigan Ave., Ste. 300
Chicago, IL 60604
312.763.6880
acaffarelli@caffarelli.com
kstryker@caffarelli.com

James X. Bormes
Catherine P. Sons
Law Office of James X. Bormes, P.C.
8 S. Michigan Ave., Suite 2600
Chicago, IL 60603
312.201.0575
bormeslaw@sbcglobal.net
cpsons@bormeslaw.com

*Counsel for Plaintiff LaTonia Williams, Plaintiff Dequrvia Williams, and Plaintiff Derrick Barnes*

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing Plaintiffs' Motion and Memorandum for Preliminary Approval of the Parties' Class Action Settlement to be filed and served on March 15, 2022 upon the following individuals via the Court's CM/ECF electronic filing system:

Justin O. Kay
Sophie H. Gotlieb
Faegre Drinker Biddle & Reath LLP
191 North Wacker Drive, Suite 3700
Chicago, IL 60606-1698
Tel: (312) 569-1000
justin.kay@dbr.com
sophie.gotlieb@dbr.com

                                                              /s/ Thomas M. Ryan