# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

LaTonia Williams, et al.

                        Plaintiff,

v.                                                  Case No.: 1:20−cv−00025
                                                   Honorable Thomas M. Durkin

Personalizationmall.com, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 20, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: Final Approval Hearing held by telephone on 7/20/2022. No one was present to object to the settlement. For the reasons stated on the record, Plaintiffs' Motion for Final Approval of the Parties' Class Action Settlement [100] is granted. Plaintiff's Motion for Attorney Fees, Litigation Costs, Settlement Administration Costs and Incentive Awards [99] is granted. Civil case terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.